IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM MUHMMAD, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11cv00610 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| M. STANFORD, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

In accordance with the Memorandum Opinion filed this day, it is **ORDERED** that plaintiff is **DIRECTED** to **FILE** an Amended Complaint meeting the requirements of the Federal Rules of Civil Procedure within twenty (20) days. If no Amended Complaint is filed within that period, or a pleading is filed which violates the joinder rules or otherwise does not conform to the Federal Rules of Civil Procedure, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: January 12, 2012

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge